IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| PREMIER AUTOMATION CONTRACTORS, INC., | No. 3:19-cv-00220-AC |
| Plaintiff, | |
| v. | |
| EVEREST NATIONAL INSURANCE COMPANY, | ORDER |
| Defendant. | |

HERNANDEZ, District Judge:

Magistrate Judge Acosta issued a Findings and Recommendation (#30) on December 3, 2019, in which he recommends that this Court grant Plaintiff's motion for leave to amend. The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, I am relieved of my obligation to review the record *de novo*. *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc); *see also United States v. Bernhardt*, 840 F.2d 1441, 1444 (9th Cir. 1988) (*de novo* review required only for portions of Magistrate Judge's

1 - ORDER

report to which objections have been made). Having reviewed the legal principles *de novo*, I find no error.

CONCLUSION

The Court ADOPTS Magistrate Judge Acosta's Findings & Recommendation [30]. Accordingly, Plaintiff's second motion for leave to amend [25] is granted. Plaintiff shall file its amended complaint within ten (10) days of the date of this Order.

IT IS SO ORDERED.

DATED this       December 23, 2019       .

/s/ Marco Hernandez
MARCO A. HERNANDEZ
United States District Judge